IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS-DIVISION

FILED - USDC - NDTX - AB
SEP 28 2023 AM 10:29

Eugenio López Rodríguez
        Plaintiff

7-23CV-105-O

VS.

K. Smith, et. al.,
        Defendants

REQUEST FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER PURSUANT TO, F.R.C.P. Rule 65.

NOW COMES, Eugenio López Rodríguez, Plaintiff in the above styled action and respectfully request this Honorable Court for an Injunction pursuant to Rule 65(B)(1), Federal Rules of Civil Procedures and in support thereof would show unto the Court as follows;

(1)

— Plaintiff an inmate in the Texas Department of Criminal Justice at the Allred Unit in Iowa Park, Texas most respectfully request the Court to issue a temporary restraining order against the Defendants herein.

(1)

For continuous violations of Plaintiff's rights to Due Process of Law, Deliberately indifference to Plaintiff Safety and well being, Deprivation of Properties without Due process, Deprivation of his Rights to Grieve as supported by the First, Eighth and Fourteen Amendment to the U.S. Constitution and Federal Laws, as well as State Law, and TDCJ Rules and Regulations,, Plaintiff Life is in inminent Danger and can be Lost in a Flash, the Defendants Knows about it, and instead of Moving Him to a Safe Area,, Decided instead to Demote Him to a non-earning class and moved him to the area and housed him among the most Chronic Rules Violators., This Demotion is baseless in Fact, and should be seen for what it is., A Total Disregard for Plaintiff Life, Safety and Well Being... As well as his properties.

## Jurisdiction

This Court's vested with the Power and Jurisdiction to inmediately issue an Injunctions when the Constitutional's Rights and Federal Laws are in Questions and Disregarded, this Plaintiff seek this Court vested Jurisdiction.

(2)

"STATEMENT OF FACTS"

Plaintiff have NOT had Any Type of Disciplinary violations in over (4) Four years And yet plaintiff was Clasified as A "G5" offender AND Housed in "G5" Housing For (6) six straight months, FROM NOV. 21, 2022 and until MAY 19, 2023, then he was reclassified AGAIN INTO "G4", or MEDIUM Custody (with "G5" been the Highest Security level) where plaintiff still Remain At the moment AND Housed among GANG'S MEMBERS. Plaintiff Honestly Believe THAT THE ADministration OF T.D.C.J. WANTS Plaintiff TO be KILT., there are no other explaination to justify the Defendants in this CASE, Actions Actually For THEY are "Acting" in ways common Only to CROOKS AND CRIMINALS.

Plaintiff seriously Believe His Life is in DANGER AT THE MOMENT, THAT HE "PLAINTIFF" AND Also A FRIEND AND Christian Counselour, notified THE Defendants and nothing HAVE been Done THUS FAR, THUS Forcing This Plaintiff INTO ONE OF TWO. Decision..
#1. Pay FOR protection TO THESE GANGS., OR -
#2. STARVE oneself TO DEATH., Plaintiff Choose #2. Option and HAVE been BARRICADED in His Cell without Food For (5) DAYS TODAY.

(3)

"GROUND # 2."

→ On September 28, 2022, A friend sent this Plaintiff a pair of shoes by mail, those shoes were Approved and Authorized by the Administration, those shoes were "STOLEN" by one property officer name L. McLemore, Further, for some reasons of their own, on Oct. 14, 2022 Plaintiff was released from Segregation unit for "GOOD BEHAVIOUR" "However, Plaintiff is been punished for GOOD BEHAVIOUR"— and sent to Ramsey I unit that was the last time he saw his personal properties, (10) TEN MONTHS LATER and still no properties and no reasons given other than "TDCJ is NOT Responsable, nor Liable for lose of offender properties." A STEP II GRIEVANCE Appeals took place on FEB, 2023, and to this date (8-16-'23) He have NOT received an Answer to those Grievances, even thou Grievance Coordinator stated that the

(4)

Appeal to those Grievances regarding Due Process and properties were "closed" in May and June 2023. Thus deliberately depriving plaintiff of his rights to grieve and it is protection.

(Ground #3)

Mail, the continuos denial of Legal, Media as well as personal mail is so gross as to Amount to no regards for the Federal Postal Services Laws. Cancelling plaintiff Magazines Subscriptions without probable cause nor any penological purposes.

Deliberately Delivering plaintiff's mail and media material, i.e. Books, magazines, family letters and photographs on to others offenders. —

(5)

"ARGUMENTS & AUTHORITIES"

THIS IS A REQUEST FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULES OF CIVIL PROCEDURES, Rule 65 in it is entirety, THE COURT IS VESTED WITH THE POWER TO ISSUE SAID ORDER IN EMERGENCY Situations where A "LIFE" AND/OR Constitutional's RIGHTS ARE been VIOLATED AND/OR Some irreparable injuries MAY OCCUR.. PLAINTIFF STATES THE injuries hAVE Already Started to OCCUR.. Plaintiff is been "EXTORTED" by THE Gangs UNDER THREATS TO His LIFE AND Well BeiNg, THIS MATTER HAVE been reported To THE Administration to no Avail. which shows a Clear Disregards and Deliberately INdiFFERENCE TO PLAINTIFF LIFE AND WEll BEING, THUS FORCING Plaintiff TO BARRICADE HIMSELF IN His Cell AND go WITHOUT Food OF Any KinD FOR almost A WEEK and still adding up to.

(6)

— The Actions of the Defendants violates Plaintiff Constitutional's Rights protected by the FIRST AMENDMENTS TO THE U.S. Constitution and FEDERAL As well as STATE'S LAWS.

— . The Actions of the Defendants violates Plaintiff's Rights protected by the 8TH and 14TH AMENDMENTS TO THE U.S. Constitution, Rights to be Free From Cruel and unusual punishments, when he was "Demoted" to "Maximum Security 'G5'" status without probable cause nor Due Process of Law, thus Deliberately placing Plaintiff in Harm's ways. Plaintiff have maintained a very clean record and maintained an Absolute good behaviour and yet, he get punished for mis-behaviours, as well as for behaving himself.

— The Actions of the Defendants violated Plaintiff's Rights to be Secured in His Properties and papers when they "Stolen" a new pair of

(7)

of shoes sent in with THE WARDEN AND property Officer's Approval, AND "Supposedly" Lost <u>All</u> of plaintiff's Properties of personal AND LEGAL AND MEDIA nature.

— All Cause of Action will be proven with Documents AS WELL AS WITNESS STATEMENTS AND TESTIMONIES.

— As of today "8-16-2023" plaintiff HAVE BEEN Able TO "<u>EAT</u>" AND ALLOWED TO DO SO (2) TIMES, TWICE in (7) SEVEN DAYS, TO THE EXTEND THAT HE HAVE lost somewhere around (20) TWENTY POUNDS So FAR, but He <u>CANNOT</u> COME OUT OF HIS CELL TO Go Anywhere.

This too was Reported by myself in writing AND AS WELL AS plaintiff Christian Counselour who Called THE Unit Just To be TOLD, and I QUOTE... "DO NOT WORRY About RODRIGUEZ, HE is Lying, He Will be ALRIGHT." end OF THE QUOTE, THE STATEMENT WAS RECORDED by PLAINTIFF Christian Counselour, She have CONTACTED THE Administration, The Ombudsman, every person with THE POWER TO STOP All THIS

(8)

Abuses, mistreatments and deliberates indifferences to plaintiff's safety and well being.. nothing,
— instead plaintiff is <u>forced</u> to pay the gangs to be able to survive.. and this plaintiff believe is supported by Defendant K. Smith and his entired administration.

### "Conclusions"

Because plaintiff's situation is that of life or death or pay extorsion to the gangs, Plaintiff believe the Court should issue an Emergency Temporary Restraining Order in accordance with Federal Constitutional Laws before plaintiff either get "<u>Killed</u>" by these Gang's members or die in his cell because he <u>cannot</u> come out of the cell to go to eat his meals.

(9)

Wherefore premises considered, this plaintiff pray the Court Grant his Request thus ordering the Defendant to moved Plaintiff into a Safe Area, and order that a Proper investigation be done, However, due to plaintiff personal experiences with TDCJ, he request the investigation be done by "O.I.G.", The Ombudsman, but the same be supervised by the Federal Government Officials.

It is so moved and prayed.

Respectfully Submitted,

Eugenio López Rodriguez
#382692
Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

"AFFIDAVIT"

THE STATE OF TEXAS
COUNTY OF WICHITA:

I, Eugenio López Rodríguez, DO HEREBY STATES UNDER OATHS OF penalty and perjuries THAT:

I am THE PLAINTIFF IN THE FOREGOING REQUEST. I AM (67) SIXTY SEVEN YEARS OLD AND OF SOUNDS MIND and therefore, capable OF MAKING THIS STATEMENT and AFFIDAVIT. WHICH I DO HEREBY DECLARE TRUE AND CORRECT AS TO ALL THE FACTS STATED THEREIN.

— THE GANGS WANTS TO KILL PLAINTIFF, PLAINTIFF is BARRICADED IN HIS Cell IN "7G-1-07B" because He Refuses To Continue paying extortion, The Unit Administration (and Defendants Herein) are AWARE OF THE SITUATION and Refuses TO ACT TO SAVE PLAINTIFF'S LIFE.

(10)

Plaintiff Believe He Should be MOVED INTO A SAFE AREA while This COMPLAINTS ARE BEEN Properly INVESTIGATED.

By THE power Vested on THIS COURT by Congress AND FEDERAL Rules OF LAW,

Plaintiff's pray THE COURT GRANT HIS REQUEST.

Respectfully
Eugenio López Rodriguez
PLAINTIFF - AFFIANT
Aug. 17, 2023

I, Eugenio López Rodriguez Hereby STATES THAT THIS EMERGENCY REQUEST WAS PLACED in THE prison MAIL Box FOR (Outgoing MAIL) on THIS THE 17TH Days OF August, 2023.

#382692

Signed and Sworn on Aug. 16, 2023
Eugenio López Rodriguez

United States District Court
Northern District of Texas
Wichita Falls - Division

RECEIVED

SEP 2 8 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Hon. District Clerk
U.S. District Court.
Wichita Falls, TX. 76301.

Aug. 17, 2023

RE: EMERGENCY REQUEST FOR A TEMPORARY RESTRAINING Order.

Dear Clerk,

Enclosed herein please find an Emergency REQUEST FOR A Temporary Restraining ORDER.

Please file the Same with your Office and promptly bring it to the Attention of the Court. A LIFE is AT Stake.

With my Very Best Wishes
I Remain,

Sincerely Yours

Eugenio López Rodriguez
# 382692
Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

