IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **EUGENIO LOPEZ RODRIGUEZ,** <br> **TDCJ No. 382692,** <br> Movant, <br> v. <br> **K. SMITH,** <br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 7:23-cv-105-O |

## JUDGMENT

This action came on for consideration by the Court, and the Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED** and **DECREED** that this case is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **9th day** of **November, 2023**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**